UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:American Land Acquisition.

                                Debtor.
                                <u>ORDER TO SHOW CAUSE</u>
                                2:13-mc-00216-WFK

American Land Acquistion Corp.,

        Appellant.

    -against-

Mark A. Pergament, Trustee, et. al.

        Appellee.
------------------------------------------------------X

      Upon the annexed declaration of Frederick C. Meyer, Esq., appellate counsel for the Appellant, the exhibits attached thereto and all prior proceedings, it is

      ORDERED that the Appellee show cause before this Court at the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on July _____, 2013, at _____M. why an order should not be made, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, staying the order of the Bankruptcy Court entered May 22, 2013, which authorized the sale of certain real property, pending the hearing and determination of the appeal; and it is further

      ORDERED that, sufficient cause *having filed* being shown, the order of the Bankruptcy Court entered May 22, 2013, is *not* stayed and the real property may *not* be sold, ~~pending the hearing of this motion and until further order of the Court~~; and it is further

ORDERED that a copy of this Order to Show Cause, together with the papers upon which it is made, shall be served upon counsel for the Appellee by email and the electronic filing system.

Dated: Brooklyn, New York
July 18, 2013

_____
U.S.D.J.

The application is ___ granted. / _✓_ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 18, 2013
Brooklyn, New York